UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20226-CR-BB

UNITED STATES OF AMERICA

v.

**CARLOS ROLDAN LEIVA,**

    Defendant.

_____/

**FACTUAL PROFFER**

The United States of America (the "United States") and defendant Carlos Roldan Leiva (the "defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

Between approximately August 6, 2019, and February 19, 2020, the defendant agreed with co-defendants Yoangel Martinez Quevedo, Jose Ramon Hernandez Garcia, and others to deposit false and fraudulent checks at financial institutions throughout the Southern District of Florida and launder the proceeds. The false and fraudulent checks were derived from actual checks that the defendant and others stole from mailboxes and other receptacles located throughout the United States.

For example, in approximately August 2019, the defendant traveled to Virginia where he stole checks from several towns. In October 2019, the defendant traveled to, and stole checks from, Indiana and Illinois, among other states. The defendant mailed the stolen checks to a co-conspirator via Federal Express.

Co-conspirators then fraudulently manipulated the checks, or copies thereof, to change the

beneficiary of the checks. Co-conspirators also often changed the value of the checks.

In furtherance of the conspiracy, the defendant recruited co-conspirators who would deposit a fraudulent check into his or her bank account. Sometimes, co-conspirators allowed the defendant to deposit one or more fraudulent checks into their bank accounts. For example, on approximately October 25, 2019, the defendant deposited a false and fraudulent check into the bank account of co-conspirator Jose Ramon Hernandez Garcia.

In total, the bank fraud conspiracy that the defendant helped manage had an attempted loss amount of $709,437.00.

Lastly, as noted above, the defendant also conspired to launder the proceeds of the fraud. Often, the defendant agreed with co-conspirators to launder a portion of the fraud proceeds by purchasing and cashing-out credits at Miccosukee Resort & Gaming casino in the Southern District of Florida ("Miccosukee"). The defendant also conspired to launder funds using money orders, purchased at one or more supermarkets in the Southern District of Florida, and wire transfers.

The parties agree that these facts, which do not include all facts known to the United States and the defendant, are sufficient to prove Counts 1 and 17 of the Indictment.

Date: 9/30/21

By: _____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
ELI S. RUBIN
ASSISTANT UNITED STATES ATTORNEY

Date: 9/30/21

By: _____
ABIGAIL BECKER
ASSISTANT FEDERAL PUBLIC DEFENDANT

Date: 09/30/21

By: _____
CARLOS ROLDAN LEIVA
DEFENDANT